**No. 09-7754. Laurie Marie Laskey, Petitioner v. Intel Corporation.**

559 U.S. 1033, 130 S. Ct. 1947, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2490.

March 22, 2010. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 929, 130 S. Ct. 1294, 175 L. Ed. 2d 1105, 2010 U.S. LEXIS 821.